UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



DERRICK CARTER (#294423)                              CIVIL ACTION

VERSUS

LOUISIANA PAROLE BOARD                                NO. 09-0963-JVP-DLD

## JUDGMENT

For the written reasons assigned:

**IT IS ORDERED, ADJUDGED AND DECREED** that this action is hereby **DISMISSED**, without prejudice.

Baton Rouge, Louisiana, this 6th day of January, 2010.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE